IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| JOSEPH VITO MASTRONARDO, JR. | NO.  12-388  -01 |
| JOHN MASTRONARDO | -02 |
| JOSEPH F. MASTRONARDO | -03 |
| ERIC WOEHLCKE | -04 |
| HARRY MURRAY | -05 |
| JOSEPH VITELLI | -06 |
| ANNA ROSE VITELLI | -07 |
| PATRICK TRONOSKI | -08 |
| EDWARD FEIGHAN | -09 |
| KENNETH COHEN | -10 |
| SCHUYLER TWADDLE | -11 |
| MICHAEL LOFTUS | -12 |
| JOANNA MASTRONARDO | -16 |

**O R D E R**

**AND NOW**, this 13th day of December, 2013, upon consideration of defendants Joseph V. Mastronardo, Jr. , John Mastronardo, and Joseph F. Mastronardo's Motion to Suppress Wiretap and Physical Evidence (Document No. 253, filed June 18, 2013), joined in by all defendants except Ronald Gendrachi, Government's Response Motion Addressing the Use of GPS Monitors Without a Warrant on Certain Vehicles (Document No. 285, filed June 28, 2013), Government's Response Motion Opposing Defense Request to Suppress 2010 Wiretap and Physical Evidence (Document No. 286, filed June 28, 2013), Defendants' Reply to Government's Response Opposing Defense Request to Suppress Wiretap and Physical Evidence (Document No. 313, filed August 12, 2013), Government's Supplemental Memorandum Addressing the "Aggrieved Person" Provision of 18 U.S.C. § 2518(10)(a) and the Exclusionary Remedy of § 2518(8)(a) (Document No. 326, filed August 30, 2013), Government's Supplemental Memorandum Addressing Good Faith Exception and GPS Tracking (Document

No. 322, filed August 30, 2013), Government's Surreply on Minimization with Respect to 2010 Wiretaps (Document 325, filed August 30, 2013), defendants' Supplemental Memorandum in Support of Motions to Suppress Evidence (Document No. 325, filed August 30, 2013), Government's Pre-Trial Motion Memorandum (Document 352, filed September 26, 2013), Government's Proposed Findings of Fact and Conclusions of Law (Document No. 389, filed October 18, 2013), Proposed Findings of Fact and Conclusions of Law Submitted on Behalf of Patrick Tronoski (Document No. 399, filed October 31, 2013), Defendant Eric Woehlcke's Proposed Findings of Fact and Conclusions of Law (Document No. 401, filed November 1, 2013), Proposed Findings of Fact and Conclusions of Law of Defendant Harry D. Murray, In Support of Motion to Suppress Wiretap and Other Physical Evidence (Document No. 402, filed November 1, 2013), and Defendants' Proposed Findings of Fact and Law (Document No. 403, filed November 1, 2013), **IT IS ORDERED**, based on the findings of fact and conclusions of law set forth in the attached Memorandum dated December 13th, 2013, that defendants' Motion to Suppress Wiretap and Physical Evidence is **DENIED**.

    **IT IS FURTHER ORDERED** that the rulings in this Order are **WITHOUT PREJUDICE** to the parties' right to seek reconsideration if warranted by the evidence at trial.

                                          **BY THE COURT:**

                                          /s/ Hon. Jan E. DuBois
                                          **DuBOIS, JAN E., J.**