IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH VITO MASTRONARDO, JR., ET AL. | CRIMINAL NO. 12-00388-JD |

**MOTION OF JOSEPH V. MASTRONARDO, JR., TO WITHDRAW**
**MOTION FOR CONTINUANCE OF TRIAL**

Joseph V. Mastronardo, Jr., by his attorney, John W. Morris, respectfully moves to withdraw the motion for a continuance of trial in light of the Court's Order continuing the hearing on continuance motions.

**WHEREFORE**, Joseph V. Mastronardo, Jr., requests that the motion be withdrawn.

Respectfully submitted,

_____
John W. Morris
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
(215) 772-2290
Jmorris@kcr-law.com

*Counsel for Defendant*
*Joseph V. Mastronardo, Jr.*

Date: January 16, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOSEPH VITO MASTRONARDO, JR., ET AL. | CRIMINAL NO. 12-00388-JD |

### CERTIFICATE OF SERVICE

I, John W. Morris, Esquire, hereby certify that the foregoing **Motion of Joseph V. Mastronardo, Jr., to Withdraw the Motion for Continuance of Trial** was filed electronically on January 16, 2014, and is available for viewing and downloading from the ECF system. Counsel listed below are registered ECF users; therefore, service is complete upon Notice of Electronic Case Filing generated in connection with the electronic filing of this pleading. See Fed. R. Civ. P. 5(b)(2)(D) and ECF Procedural Order ¶¶ 3(c), 7(a) and (b).

> AUSA Jason P. Bologna
> AUSA John S. Han
> AUSA Kelly Pearson
> U.S. Department of Justice
> Suite 1250, 615 Chestnut Street
> Philadelphia, PA 19106
> jason.bologna@usdoj.gov
> john.han2@usdoj.gov
> kelly.pearson@usdoj.gov
>
> *Counsel for the Government*

BY: _____
JOHN W. MORRIS

Date: January 16, 2014