IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| JOSEPH VITO MASTRONARDO, JR. | NO.  12-388  -01 |
| JOHN MASTRONARDO | -02 |
| JOSEPH F. MASTRONARDO | -03 |
| ERIC WOEHLCKE | -04 |
| HARRY MURRAY | -05 |
| JOSEPH VITELLI | -06 |
| ANNA ROSE VITELLI | -07 |
| PATRICK TRONOSKI | -08 |
| EDWARD FEIGHAN | -09 |
| KENNETH COHEN | -10 |
| SCHUYLER TWADDLE | -11 |
| MICHAEL LOFTUS | -12 |
| RONALD GENDRACHI | -15 |

**O R D E R**

**AND NOW**, this 28th day of May, 2014, upon consideration of Government's Motion Addressing the 2-Level Downward Adjustment for a Global Guilty Plea (Document No. 539, filed February 24, 2014), treated by the Court as a Motion for Downward Departure, Joinder of Joseph V. Mastronardo, Jr., in the Government's Motion for a Two-Level Downward Departure (Document No. 540, filed February 25, 2014), and Notice of Joinder of Defendant Scyuyler [sic] Twaddle in Government's Motion for a Two-Level Downward Departure (Document No. 541, filed February 25, 2014), **IT IS ORDERED**, for the reasons stated in the accompanying Memorandum dated May 28, 2014, that the government's Motion for Downward Departure is **GRANTED**.

BY THE COURT:

  /s/ Hon. Jan E. DuBois  
**DuBOIS, JAN E., J.**